UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL A. IANNELLO; | : |
| | : CASE NO.: 3:16-CV-1867 |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| AMERICAN GENERAL LIFE | : |
| INSURANCE COMPANY, | : |
| | : |
| **Defendant.** | : |
| | : |

## NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE

COMES NOW the Plaintiff Paul A. Iannello and the Defendant American General Life Insurance Company and notify the Court that the Parties have reached a settlement of all claims in this matter.

The Parties respectfully request that the Court stay all current pretrial deadlines, continue the pretrial conference set for April 13, 2018 and grant the Parties 10 days to file a dismissal of the action.

| | |
|---|---|
| */s/ Robert D. MacPherson* | */s/ Michael D. Mulvaney* |
| **Robert D. MacPherson** | **Michael D. Mulvaney** |
| MacPHERSON & YOUMANS, P.C. | Tenn Bar: 030040 |
| 119 Public Square | **John A. Little, Jr. (*pro hac vice*)** |
| Lebanon, Tennessee 37087 | Maynard, Cooper & Gale, P.C. |
| Telephone: (615) 444-2300 | 1901 Sixth Avenue North |
| | 2400 Regions/Harbert Plaza |
| Counsel for Plaintiff | Birmingham, AL 35203-2618 |
| | Telephone: 205.254.1000 |
| | Fax: 205.254.1999 |
| | **Attorneys for Defendant** |

t

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the clerk using the CM/ECF system which provided notice to the following on this 12th day of April 2018:

Robert D. MacPherson
MacPHERSON & YOUMANS, P.C.
119 Public Square
Lebanon, Tennessee 37087
Telephone: (615) 444-2300

Counsel for Plaintiff

*/s/ Michael D. Mulvaney*
Of Counsel