IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **PAUL A. IANNELLO**, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case Number 3:16-cv-1867 |
| | ) | |
| v. | ) | Hon. Marvin E. Aspen |
| | ) | |
| **AMERICAN GENERAL LIFE INSURANCE COMPANY**, | ) ) | |
| | ) | **JURY DEMAND** |
| *Defendant*. | ) | |

## JOINT STIPULATION OF DISMISSAL

As directed by the court's order of April 13 (Dkt. No. 50), the parties hereby jointly stipulate that this matter be dismissed, with prejudice.

Respectfully submitted,

**MacPherson & Youmans, P.C.**

by____s/ Robert D. MacPherson_____
Robert D. MacPherson, BPR #022516
MacPherson & Youmans, P.C.
119 Public Square
Lebanon, Tennessee 37087
Telephone: (615) 444-2300
email: *rdmacpherson@macyolaw.com*
Attorney for the plaintiff

**Maynard, Cooper & Gale, P.C.**

by____s/ John A. Little, Jr._____
John A. Little, Jr. (*pro hac vice*)
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
email: *JLittle@maynardcooper.com*
Attorneys for the defendant

### CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of April, 2018, service of a copy hereof was made upon Filing Users through the Electronic Filing System. The specific persons upon whom service is made are **John A. Little, Jr.**, and **Michael D. Mulvaney**, Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, 2400 Regions/Harbert Plaza, Birmingham, Alabama 35203-2618, attorneys for the defendant.

by____s/ Robert D. MacPherson_____
Robert D. MacPherson