UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL A. IANNELLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:16 C 1867 |
| v. ) | Hon. Marvin E. Aspen |
| ) | |
| AMERICAN GENERAL ) | |
| LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

We have received the parties' joint stipulation of dismissal. (Dkt. No. 51.) Pursuant to the stipulation, we hereby dismiss this case with prejudice. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: April 23, 2018
       Chicago, Illinois